## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**HEIDI TILBERG, as personal representative of the Estate of Jorge F. Lozano,**

        **Plaintiff,**

**-vs-**                                                       Case No. 6:06-cv-1640-Orl-31JGG

**RINKER MATERIALS OF FLORIDA, INC., RINKER GROUP LIMITED, RINKER MATERIALS CORPORATION, CANAVERAL PORT AUTHORITY, THYSSENKRUPP ELEVATOR CORPORATION, and RONALD ROCKWOOD,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Stipulation for Remand (construed as a motion) (Doc. 13), it is

**ORDERED** that the Motion is GRANTED. This case is REMANDED to state court (18th Circuit). After remand, the clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party